NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEVA PHARMACEUTICALS INTERNATIONAL GMBH, TEVA PHARMACEUTICALS USA, INC.,**
*Plaintiffs-Appellants*

**v.**

**ELI LILLY AND COMPANY,**
*Defendant-Cross-Appellant*

---

2024-1094

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:18-cv-12029-ADB, Judge Allison Dale Burroughs.

-------------------------------------------

**TEVA PHARMACEUTICALS INTERNATIONAL GMBH, TEVA PHARMACEUTICALS USA, INC.,**
*Plaintiffs-Appellants*

**v.**

**ELI LILLY AND COMPANY,**
*Defendant-Cross-Appellant*

---

2024-1149

2        TEVA PHARMACEUTICALS INTERNATIONAL GMBH v.
                            ELI LILLY AND COMPANY

_____

Appeal from the United States District Court for the District of Massachusetts in No. 1:18-cv-12029-ADB, Judge Allison Dale Burroughs.

_____

## O R D E R

Mylan Pharmaceuticals Inc. and Bausch Health Ireland Ltd stipulate to voluntary dismissal of Appeal No. 24-1149.

The parties, having so agreed,

IT IS ORDERED THAT:

(1) Appeal No. 24-1149 is dismissed under Fed. R. App. P. 42(b), with each side to bear their own costs.

(2) The official captions as modified, are reflected in this order.

FOR THE COURT

September 8, 2025
       Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE (as to Appeal No. 24-1149 only)**: September 8, 2025.